UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NICHOLAS TURE,

                                Plaintiff(s),        **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

-against-

                                                     18-CV-1236

DR. ADEBAMBO KADRI, *et al.*,        GTS/ML

                                Defendant(s).
-------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the plaintiff appearing pro se and the attorneys of record for defendant Catherine Calley, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, all claims in the above-captioned action are hereby voluntarily dismissed, with prejudice, against defendant Catherine Calley, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Fishkill, New York
       November 6, 2019

                                                     **Nicholas Ture (10-A-3021)**
                                                     Plaintiff Pro Se
                                                     Fishkill Correctional Facility
                                                     P.O. Box 1245
                                                     Beacon, NY 12508

Dated: Albany, New York
      November 12, 2019

                                                     LETITIA JAMES
                                                     Attorney General of the State of New York
                                                     Attorney for Defendant
                                                     The Capitol
                                                     Albany, New York 12224-0341

By: _[signature]_
Kostas D. Leris
Assistant Attorney General, of Counsel
Bar Roll No. 519646
Telephone: (518) 776-2574
Email: Kostas.Leris@ag.ny.gov

Dated: Syracuse, New York
   November 13, 2019

SO ORDERED:

_[signature]_
Hon. Glenn T. Suddaby
Chief U.S. District Judge